UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | 2:18-CR-0534-KOB-SCG-1 |
| ] | |
| CHRISTOPHER JAMES ] | |
| MOTON, ] | |
| Defendant. | |

## MEMORANDUM OPINION

This matter comes before the court on Defendant Christopher James Moton's "Amended Motion to Suppress Evidence." (Docs. 17 & 114). The magistrate judge entered her report on November 10, 2021, recommending that the court deny Moton's amended motion to suppress. (Doc. 17). The court has received no objections.

The court considered the entire record in this case de novo, including the report and recommendation and the transcript of the suppression hearing (doc. 123). The court ACCEPTS the magistrate judge's report and ADOPTS her recommendation to DENY the amended motion to suppress.

The court will enter a separate Order denying the motion.

**DONE** and **ORDERED** this 14th day of December, 2021.

_Karon O. Bowdre_
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE