# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ] | |
| ] | |
| v.   ] | **2:18-CR-0534-KOB-SCG-1** |
| ] | |
| ] | |
| **CHRISTOPHER JAMES** ] | |
| **MOTON,** | |
|     Defendant. | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously with this Order, the court ADOPTS the magistrate judge's report (doc. 125); ACCEPTS her recommendation; and DENIES Moton's amended motion to suppress (docs. 17 & 114).

**DONE** and **ORDERED** this 14th day of December, 2021.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE